FILED NOV 22 2011 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY ___ DEPUTY

ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT NOV 22 2011 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY FRIDAY UDOM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Respondent. | Case No. CV 11-8498-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 11-18-2011

R. Gary Klausner
United States District Judge