UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ANTHONY FRIDAY UDOM,

    Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Respondent.

Case No. CV 11-8498-RGK (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 11-18-2011

R. Gary Klausner
United States District Judge